UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE T. ORCASITAS,<br><br>     Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION,<br><br>     Respondent. | Case No. 2:23-cv-01531-JGB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss be **GRANTED** and Judgment be entered **DISMISSING** this action with prejudice.

Dated: April 10, 2024

              _____
              HONORABLE JESUS G. BERNAL
              United States District Judge