JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE T. ORCASITAS,<br><br>                    Petitioner,<br><br>        v.<br><br>DEBBIE ASUNCION,<br><br>                    Respondent. | Case No. 2:23-cv-01531-JGB (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  April 10, 2024

_____
HONORABLE JESUS G. BERNAL
United States District Judge